Stephen P. Soskin [SBN 101389]
Tel: (310) 551-7032
Email: ssoskin@crwllp.com
**CHARLSTON, REVICH & WOLLITZ LLP**
1925 Century Park East, Suite 1250
Los Angeles, California 90067
Fax: (310) 203-9321

Attorneys for Defendant,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Defendant. | Case No.:  2:12-CV-01781GEB-DAD<br><br>**STIPULATION TO STAY THIS ACTION BASED ON THE INJUNCTION CONTAINED IN THE REHABILITATION ORDER ENTERED AGAINST LUMBERMENS MUTUAL CASUALTY COMPANY IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, AND [PROPOSED] ORDER** |

**THE PARTIES HERETO DO HEREBY STIPULATE AS FOLLOWS:**

WHEREAS, on or about July 3, 2012, plaintiff American Guarantee & Liability Insurance Company filed this action seeking declaratory relief, contribution, indemnity and subrogation;

WHEREAS, on July 2, 2012, the Illinois Director of Insurance filed an action in the Circuit Court of Cook County, Illinois, against Lumbermens Mutual Casualty Company ("Lumbermens in Rehabilitation) and American Manufacturers Mutual Insurance Company entitled *People of the State of Illinois ex. rel, Andrew Boron, Director of Insurance of the State of Illinois v. Lumbermens Mutual Casualty Company and American Manufacturers Mutual Insurance Company*, case number 12CH24227;

1    WHEREAS, on July 2, 2012, the Circuit Court of Cook County, Illinois, entered

2 an "Agreed Order of Rehabilitation" placing Lumbermens in Rehabilitation into

3 Rehabilitation (the "Order") (a copy of which is attached as Exhibit "A" hereto);

4    WHEREAS, the Order contains an injunction stating:

5
> 14.   Pursuant to its authority under Section 189 of the Code, 215 ILCS 5/189, the Court hereby issues the following mandatory and prohibitory
6
> injunctions: . . .

7
> D.   The officers, directors, agents, servants, representatives and employees of Lumbermens. . .**and all other persons and entities**
8
> **having knowledge of this Order are restrained and enjoined from bringing or further prosecuting any claim, action or**
9
> **proceeding at law or in equity or otherwise,** *whether in this State or elsewhere, against Lumbermens. . .or [] [its] property or assets*,
10
> or the Director or Rehabilitator, . . .or from obtaining, asserting or enforcing preferences, judgments, attachments or other like liens. .
11
> .or from interfering in any way with the Rehabilitator in his possession or control of the property, business, books, records,
12
> accounts, premises, and all other assets of Lumbermens. . .until further Order of this Court.

13

14 (emphasis supplied).

15    WHEREAS, the parties previously stipulated that Lumbermens time to respond to

16 the complaint is extended to August 29, 2012, so that they could consider and discuss the

17 ramifications of the Order,

18    WHEREAS, the parties hereto have been in discussions regarding the

19 ramifications of the Order, and have agreed that for reasons of efficiency and economy

20 the parties' and the Court's interests will be served best by not having this matter proceed

21 presently.

22    **WHEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

23    1.   This matter should be stayed effective immediately;

24    2.   Lumbermens should not be required to file a responsive pleading until such

25 time as the stay is lifted

26    3.   The stay should remain in place until the Court may order it lifted upon

27 either party's noticed motion demonstrating good cause therefor; provided, however, that

28 neither party shall cause such a motion to be filed prior to January 15, 2013.

DATED:  August__, 2012         CHARLSTON, REVICH & WOLLITZ LLP

By:
Stephen Soskin
Attorneys for Defendant,
Lumbermens Mutual Casualty Company


DATED:  August __, 2012        MORALES FIERRO & REEVES

By:
Ramiro Morales
Attorneys for Plaintiff,
Guarantee & Liability Insurance Company

## ORDER

**IT IS HEREBY ORDERED:**

1. This action is stayed effective immediately.

2. Defendant Lumbermens Mutual Casualty Company shall not be required to file a responsive pleading until such time as the Court lifts said stay;

3. Either party may bring a noticed motion seeking to have the stay of this action lifted based upon a showing of good cause; provided, however, that neither party shall cause such a motion to be filed prior to January 15, 2013.

**Date:  8/22/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28